UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR01-101- RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| JOHN CARLTON PETRUS, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on December 8, 2005. The United States was represented by AUSA Ye-Ting Woo and the defendant by Jeffrey Smith. The proceedings were recorded on cassette tape.

Defendant had been sentenced on or about February 1, 2002 by the Honorable Robert S. Lasnik on a charge of Conspiracy to Manufacture 50 Grams or More of Methamphetamine and sentenced to 60 Months Custody, 5 years Supervised Release. (Dkt. 603).

The conditions of supervised release included requirements that defendant comply with all local, state, and federal laws and with the standard conditions of supervision. Other special conditions included no firearms, mandatory drug testing, narcotic addiction or drug dependency

treatment and testing, refrain from alcohol and other intoxicants, submit to search, and provide access to financial information.

On September 27, 2005, the conditions of supervised release were modified to require participation in a home confinement program with electronic monitoring for up to 60 days. (Dkt. 1126).

In an application dated October 27, 2005, U.S. Probation Officer Brian Facklam alleged the following violation of the conditions of supervised release:

1. Committing the law violation of driving under the influence on September 12, 2005 in violation of the general condition that he not commit another federal, state or local crime.

2. Failing to report police contact within 72 hours of being arrested or questioned by a law enforcement officer on September 12, 2005 in violation of standard condition 11.

3. Failing to appear for drug testing on September 26, October 7, and October 26, 2005 in violation of special condition 3 which orders that he participate in drug testing if ordered to do so.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted each of the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

/ / /

/ / /

Pending a final determination by the Court, defendant has been detained.

DATED this  8th  day of  December , 2005.

                                       Mary Alice Theiler
                                       United States Magistrate Judge

cc:      District Judge:          Honorable Robert S. Lasnik
          AUSA:                   Ye-Ting Woo
          Defendant's attorney:   Jeffrey Smith
          Probation officer:      Brian Facklam

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3