UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN PETRUS, et al.,

Defendants.

Case No. CR01-101L

ORDER DENYING MOTION FOR WAIVER OF SUBSISTENCE PAYMENTS

This matter comes before the Court on Defendant John Petrus's motion for an order waiving subsistence payments to the Pioneer Fellowship House and/or the Federal Bureau of Prisons (Dkt. # 1146). Upon consideration of the arguments presented in support of the motion, IT IS HEREBY ORDERED that defendant's motion is DENIED.

DATED this 27th day of February, 2006.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR
WAIVER OF SUBSISTENCE
PAYMENTS