UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR01-101-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| JOHN CARLTON PETRUS, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on April 14, 2006. The United States was represented by AUSA Ye-Ting Woo and the defendant by Jeffrey Smith. The proceedings were recorded on cassette tape.

Defendant had been sentenced on or about February 1, 2002 by the Honorable Robert S. Lasnik on a charge of Conspiracy to Manufacture 50 Grams or More of Methamphetamine and sentenced to 60 Months Custody, 5 years Supervised Release. (Dkt. 603.)

The conditions of supervised release included requirements that defendant comply with all local, state, and federal laws and with the standard conditions of supervision. Other special conditions included no firearms, mandatory drug testing, narcotic addiction or drug dependency

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1


treatment and testing, refrain from alcohol and other intoxicants, submit to search, and provide access to financial information.

On September 27, 2005, the conditions of supervised release were modified to require participation in a home confinement program with electronic monitoring for up to 60 days. (Dkt. 1126.)

On December 8, 2005, defendant admitted to violating the conditions of supervised release by driving under the influence, failing to report police contact within 72 hours, and failing to appear for drug testing. The defendant was remanded to custody for seventy five days, with supervised release for fifty-five months.

In an application dated April 3, 2006 (Dkt 1153), U.S. Probation Officer Brian Facklam alleged the following violations of the conditions of probation:

1. Failing to reside at a community corrections center for 75 days by absconding on March 29, 2006 in violation of special condition 6.

2. Failing to appear for drug testing on February 9, March 14, 27, and 31, 2006 in violation of special condition 3.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted each of the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

///

Pending a final determination by the Court, defendant has been detained.

DATED this 14th day of April, 2006.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

cc:   District Judge:            Honorable Robert S. Lasnik
      AUSA:                      Ye-Ting Woo
      Defendant's attorney:      Jeffrey Smith
      Probation officer:         Brian Facklam

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3